# ROEDER & JONES

Attorneys at Law
314 South Franklin Street, Suite B
Titusville, Pennsylvania 16354

Telephone (814) 827-1844
Fax (814) 827-6620
E-mail rwr11@verizon.net

September 12, 2014

Joshua Lewis
Chief Deputy Clerk
United States Bankruptcy Court
17 South Park Row
Erie, PA 16501

Re: Vern E. Over
Bankruptcy Case No. 94-10184

Dear Mr. Lewis:

Per your request, I am acknowledging your receipt of funds in the Vern Over case.

I would ask that each time funds are received in this case that you would deposit the money as "Unclaimed Funds".

Very Truly Yours,

Richard W. Roeder, Trustee

RWR: tls